# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00163-CV

**M. P. a/k/a M. D., J. J. L.-B., and C. J. L., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-003397, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants M. P. a/k/a M. D., J. J. L.-B., and C. J. L. filed their notices of appeal on March 25, 2022, and March 28, 2022, respectively. The appellate record was complete on April 15, 2022, making appellants' briefs due on May 5, 2022. On May 5, 2022, counsel for M. P. a/k/a M. D. filed a joint motion for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Mark Zuniga and Rob Galvin to file appellants' briefs no later than May 25, 2022. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on May 12, 2022.

Before Justices Goodwin, Baker, and Triana